ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Fax: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

ANDREA ISSOD (CA Bar No. 230920)
ELENA SAXONHOUSE (CA Bar No. 235139)
MARTA DARBY (CA Bar No. 310690)
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
elena.saxonhouse@sierraclub.org
marta.darby@sierraclub.org
(415) 977-5544

Attorneys for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br>     Plaintiff, <br><br>   v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>     Defendant. | CASE NO. 3:18-cv-3472-EDL <br><br> **UPDATED JOINT CASE MANAGEMENT STATEMENT** |

The parties to the above-captioned action jointly submit this UPDATED CASE MANAGEMENT STATEMENT pursuant to the Court's Order of October 4, 2018, Dkt. No. 25:

**1. Status Update**

Since the Case Management Conference on October 4, 2018, the parties have continued to meet and confer regarding the production of records requested by the Sierra Club. On September 28, 2018, Sierra Club provided the U.S. Environmental Protection Agency ("EPA") with a list of domain names that EPA could exclude from the production. Sierra Club also provided a list of priority domain names organized into tiers. Additionally, in response to Sierra Club's suggestion, EPA has stated that it can exclude some documents previously produced in response to other Sierra Club FOIA requests, thereby further reducing the total number documents that EPA would need to review.

EPA has agreed to begin processing the email records for the 25 custodians, prioritizing the records according to the tiers of domain names provided by Sierra Club on September 28, 2018. EPA staff are working to refine the total number of documents for review in each tier based on recent discussions between the parties regarding exclusions. EPA has not yet provided any date by which, nor any estimate of when it will begin producing documents to Sierra Club. However, EPA has agreed to provide a proposed production schedule for the first tier of documents by Monday, October 22, 2018. It is Sierra Club's position that EPA should begin producing documents while the parties continue to work on narrowing the scope of the production.

The parties have also agreed that EPA will begin processing the requested calendars. EPA has not provided any timeframe under which Sierra Club can expect to receive the requested calendars. It is EPA's position that a timeframe for production of those records will be discussed as part of the overall production schedule.

**2. Related Cases**

Upon further consideration, the parties do not believe that there are any related cases.

**3. Settlement and ADR**

While the parties agree that they are continuing to productively meet and confer regarding narrowing Plaintiff's requests and a potential production schedule, Sierra Club has significant concerns that EPA has not yet begun to release documents and will not propose an interim schedule for the first

tier of records Sierra Club has identified until October 22. Thus, while the parties would like to continue their discussions, Sierra Club believes that the assistance of the Court could well be necessary to resolve the issue of a production schedule. It is EPA's position that the parties will have adequate time to conclude discussions over the remainder of the production schedule while EPA is processing tier one documents.

**4. Scheduling**

To limit further delay, Sierra Club believes at the time of this filing that a briefing schedule will be needed on the issue of a production schedule for the high-priority documents that Sierra Club has identified. Sierra Club believes that it has provided EPA with parameters that would allow EPA to begin production while the parties continue to work toward resolving the remaining issues. In Sierra Club's estimate, producing the identified high-priority documents likely would establish production for a number of months. The parties will continue to work in good faith to resolve the claims and issues in this action. However, Sierra Club is concerned about the lack of progress on an initial production schedule, and that relying solely on a drawn out settlement process that could ultimately be unsuccessful would risk delaying Sierra Club's receipt of documents far longer than necessary. Sierra Club will review EPA's planned October 22 proposal for a schedule for producing documents and will be prepared to discuss at the Case Management Conference whether its position has changed as a result.

DATED: October 16, 2018

Respectfully submitted,

*/s/ Marta Darby*[1]
MARTA DARBY (CA Bar No. 310690)
ANDREA ISSOD (CA Bar No. 230920)
ELENA SAXONHOUSE (CA Bar No. 235139)
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
elena.saxonhouse@sierraclub.org
marta.darby@sierraclub.org
(415) 977-5544

Attorneys for Plaintiff Sierra Club

ALEX G. TSE
United States Attorney
*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney

Attorneys for Defendant

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

UPDATED JOINT CASE MANAGEMENT STATEMENT
3:18-CV-3472 EDL                                       3