ANDREA ISSOD (CA Bar No. 230920)
ELENA SAXONHOUSE (CA Bar No. 235139)
MARTA DARBY (CA Bar No. 310690)
Sierra Club Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
elena.saxonhouse@sierraclub.org
marta.darby@sierraclub.org
(415) 977-5544

Attorneys for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, | ) CASE NO. 3:18-cv-3472-EDL |
| Plaintiff, | ) **[PLAINTIFF'S PROPOSED] ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION TO STAY DEADLINE TO MEET AND CONFER AND FILE UPDATE** |
| v. | ) |
| UNITED STATES ENVIRONMENTAL | ) |
| PROTECTION AGENCY, | ) |
| Defendant. | ) |

On December 27, 2018, in light of the lapse of federal appropriations to the Department of Justice, Defendant moved this Court for an order staying the deadline for the parties to meet and confer and update the Court regarding the review and production of the first two tiers of emails, currently scheduled for January 9, 2019. Good cause appearing, Defendant's motion is hereby GRANTED in part. If relevant appropriations to the Department of Justice have not been restored prior to January 7, the deadline to meet and confer and update the Court shall be STAYED and shall be CONTINUED until three business days after the shutdown of the federal government has ended and relevant appropriations to the Department of Justice have been restored.

1  IT IS SO ORDERED.

2

3  DATE: January 2, 2019

4  The Honorable Elizabeth D. Laporte
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PLAINTIFF'S PROPOSED] ORDER
ON DEFENDANT'S ADMIN. MOTION
CASE NO. 3:18-cv-3472-EDL