DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
FAX: (415) 436-6748
adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL<br><br>PROTECTION AGENCY,<br><br>    Defendant. | CASE NO. 3:18-CV-3472-EDL<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO LIFT STAY OF DEADLINE TO MEET AND CONFER AND FILE UPDATE** |

Pursuant to the Court's Order of January 15, 2019, ECF No. 44 and Civil Local Rule 7-11, Defendant hereby responds to Plaintiff's motion to lift the Court's January 2, 2019 stay order, ECF No. 42.

While the Environmental Protection Agency ("EPA") has no policy objection to continuing with this matter and meeting and conferring with Plaintiff, it is constrained, as previously articulated in its motion for stay, by the lack of funding to continue agency work during the lapse in appropriations. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that, in the absence of appropriated funds, no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. This means that Department of Justice ("DOJ") attorneys and EPA staff are prohibited from working, even on a

volunteer basis, on non-excepted matters. 31 U.S.C. §1342. However, if a court denies a request (or in this case reverses a previously granted request) from the Government to stay a civil matter, "the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue." U.S. Dep't of Justice, FY 2019 Contingency Plan 3, 8 (Jan. 10, 2019), https://www.justice.gov/jmd/page/file/1015676/download; *see also* U.S. Envt'l Prot. Agency, Contingency Plan for Shutdown 7 (Jan. 14, 2018), https://www.epa.gov/sites/production/files/2018-12/documents/epa_contingency_plan_december_18_2018_508.pdf.

Therefore, if the Court orders this matter to continue, the appropriate DOJ and EPA personnel will be authorized to meet and confer regarding the processing of the specific FOIA requests at issue in this case. If the Court intends to grant Plaintiff's motion, Defendant requests the opportunity to submit its own proposed order that clarifies the narrow issue before the Court.

DATED: January 16, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Adrienne Zack*
ADRIENNE ZACK
Assistant United States Attorney