DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | CASE NO. 3:18-cv-3472-EDL <br><br> **[DEFENDANT'S PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO LIFT STAY** |

(Note: "[DEFENDANT'S PROPOSED]" appears with strikethrough.)

On January 15, 2019, Plaintiff moved to lift this Court's January 2, 2019 Order staying the deadline to meet and confer regarding the production of documents at issue in this matter. ECF No. 43. Considering Plaintiff's motion and Defendant's response, Plaintiff's motion is hereby GRANTED. The Court hereby lifts the stay issued on January 2, 2019, and directs the parties to meet and confer and, within three business days of the date of this Order, file the status update and adjusted schedule described in the Court's December 20, 2018 Minute Entry (ECF No. 38) and in the Court's December 26, 2018 Order (ECF No. 39).

IT IS SO ORDERED.

DATE: January 16, 2019

                                         /s/ Elizabeth D. Laporte
                                         The Honorable Elizabeth D. Laporte
                                         United States Magistrate Judge