Andrea Issod (CA Bar No. 230920)
Elena Saxonhouse (CA Bar No. 235139)
Marta Darby (CA Bar No. 310690)
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
elena.saxonhouse@sierraclub.org
marta.darby@sierraclub.org
(415) 977-5544

*Attorneys for Plaintiff Sierra Club*

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Fax: (415) 436-6748
adrienne.zack@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, | Case No. 3:18-cv-3472 EDL |
| Plaintiff, | [JOINT PROPOSED] ORDER SETTING DOCUMENT PRODUCTION SCHEDULE FOR TIER ONE AND TIER TWO DOCUMENTS |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

**[~~JOINT PROPOSED~~] ORDER**

On January 16, 2019, this Court lifted the stay issued on January 2, 2019, and ordered the parties to meet and confer and, within three business days of the date of that order, to file the status update and adjusted schedule described in the Court's December 20, 2018 Minute Entry, ECF No. 38, and in the Court's December 26, 2018 Order, ECF No. 39.  ECF No. 47.  Based on the agreement of the parties, the Court hereby orders the following production schedule for Tiers One and Two and certain employee calendars, and directs the parties to file, within one week of the fifth production below, a joint status update that includes a proposed production schedule for at least two additional tiers of Plaintiff's Tier Three through Tier Ten records.  That forthcoming update shall include agreements made between the parties and competing proposals if any disputes remain unresolved.

Defendant shall review and produce Tier One and Tier Two records (as identified in Plaintiff's Proposed Order Granting Plaintiff's Motion for Partial Summary Judgment, ECF No. 32-1), including certain employee calendars, on the following schedule:

**1st Production.**  Within one week of the Court's order on the adjusted schedule, or by **January 31, 2019**, whichever is later, EPA shall review the following records and then release to Sierra Club all non-exempt public records included in the review:

- Mr. Wheeler's calendars; and
- A minimum of 800 records, including both email records and attachments.  EPA shall prioritize the email records and attachments associated with the domain names below and thereafter shall process and release remaining Tier 1 records, followed by Tier 2 records.
    - faegrebd.com
    - americancoalcouncil.org
    - coalsource.com
    - americaspower.org
    - nationalenergyresources.com

**2nd Production.** Within 13 days of the Court's order or by 5 p.m. Eastern time on **February 4, 2019**, whichever is earlier, EPA shall review 100 additional records, prioritizing any remaining Tier 1 records, followed by Tier 2 records, and then release to Sierra Club all non-exempt public records included in the review.

**3rd Production.** Within 20 days of the Court's order or by **February 11, 2019**, whichever is earlier, EPA shall review 650 additional records, prioritizing any remaining Tier 1 records, followed by Tier 2 records, and then release to Sierra Club all non-exempt public records included in the review

**4th Production.** Within 30 days of the Court's order or by **February 20, 2019**, whichever is earlier, EPA shall review 500 additional records from Tier 2, and then release to Sierra Club all non-exempt public records included in the review.

**5th Production.** Within 50 days of the Court's order or by **March 13, 2019**, whichever is earlier, EPA shall review the remaining Tier 2 records and Mr. Wehrum's calendars, and then release to Sierra Club all non-exempt public records included in the review.

IT IS SO ORDERED.

DATED: January 23, 2019

The Honorable Elizabeth D. Laporte

United States Magistrate Judge