DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

Andrea Issod (CA Bar No. 230920)
Elena Saxonhouse (CA Bar No. 235139)
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
elena.saxonhouse@sierraclub.org
(415) 977-5544

Attorneys for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, | CASE NO. 3:18-cv-3472 EDL |
|     Plaintiff, | JOINT STATUS UPDATE AND STIPULATION ON DOCUMENT PRODUCTION SCHEDULE WITH [PROPOSED] ORDER |
|     v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
|     Defendant. | |

       The parties to the above-captioned action jointly submit this status report and stipulation for a further production schedule, pursuant to the parties' stipulation of January 22, 2019, ECF No. 48, and the Court's December 26, 2018 Order, ECF No. 39.

**A.    Procedural Background**

This Court previously granted Plaintiff's motion for partial summary judgment and ordered Defendant "to produce documents to Plaintiff at approximately Plaintiff's proposed schedule. . . ." ECF No. 39 at 9–12.  The Court also ordered Defendant to produce calendars for two EPA personnel every month.  *Id.* at 11.  The Court further directed the parties to confer "promptly as to the most efficient way for Defendant to produce the documents in Plaintiff's first two tiers by the end of February 2019 or as otherwise agreed to by the parties," *id.* at 1, and to file a status report by January 9, 2019.  *Id.* at 12.

Due to the government shutdown, the parties filed their status report on January 22, 2019.  ECF No. 48.  The parties' agreed that Defendant would complete production of Tiers 1 and 2 by March 13, 2019, and submit a further status update and proposed production schedule by March 20, 2019.  *Id.* at 5; *see also* ECF No. 50.

**B.    Status update**

Defendant completed production as ordered in the Court's January 23, 2019 Order, ECF No. 50.

**C.    Production Schedule for Tiers 3-10**

For the remaining tiers of documents identified by Sierra Club in its motion for partial summary judgment, the parties have agreed to the following production schedule.

**1.    Tiers 3 & 4**

On or before May 8, 2019, EPA shall review the records in Tiers 3 and 4, and then release to Sierra Club all responsive non-exempt public records included in the review.  EPA shall also produce the calendars of Nancy Beck and David Ross, and provide to Sierra Club a simple index of documents withheld in full in Tiers 3 and 4.

**2.    Tier 5**

On or before June 10, 2019, EPA shall review the records in Tier 5, and then release to Sierra Club all responsive non-exempt public records included in the review.  EPA shall also produce the calendars of Elizabeth Bennett and Sarah Greenwalt, and provide to Sierra Club a simple index of documents withheld in full in Tier 5.

**3.    Tier 6**

On or before July 10, 2019, EPA shall review the records in Tier 6, and then release to Sierra

1  Club all responsive non-exempt public records included in the review.  EPA shall also produce the

2  calendars of Justin Schwab and Brittany Bolen, and provide to Sierra Club a simple index of documents

3  withheld in full in Tier 6.

**4.     Tier 7**

On or before August 8, 2019, EPA shall review the records in Tier 7, and then release to Sierra Club all responsive non-exempt public records included in the review.  EPA shall also produce the calendars of Christian Palich and Troy Lyons, and provide to Sierra Club a simple index of documents withheld in full in Tier 7.

**5.     Tiers 8 & 9**

On or before September 20, 2019, EPA shall review the records in Tiers 8 and 9, and then release to Sierra Club all responsive non-exempt public records included in the review.  EPA shall also produce the calendars of Patrick Davis and Byron Brown, and provide to Sierra Club a simple index of documents withheld in full in Tiers 8 and 9.

**6.     Tier 10**

On or before October 30, 2019, EPA shall review the records in Tier 10, and then release to Sierra Club all responsive non-exempt public records included in the review.  EPA shall also provide to Sierra Club a simple index of documents withheld in full in Tier 10.

**D.     Further Status Updates**

By May 20, 2019, Sierra Club will identify the entirety of its remaining documents of interest from all four FOIA request at issue in this matter.  After such documents are identified, the parties will engage in negotiations regarding any further production schedule and submit a further status report to the Court no later than July 1, 2019.

DATED: March 20, 2019                              Respectfully submitted,

DAVID L. ANDERSON                              */s/Elena Saxonhouse* [1]
United States Attorney                              ANDREA ISSOD (CA Bar No. 230920)
                                                                   ELENA SAXONHOUSE (CA Bar No. 235139)
*/s/ Adrienne Zack*                                    Sierra Club Environmental Law Program
ADRIENNE ZACK                                   2101 Webster St., Ste. 1300

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1  Assistant United States Attorney        Oakland, CA 94612
   Attorneys for Defendant                 andrea.issod@sierraclub.org
2                                          elena.saxonhouse@sierraclub.org
                                           (415) 977-5544
3
                                           Attorneys for Plaintiff Sierra Club
4

5        Pursuant to stipulation, IT IS SO ORDERED.

6

7  DATED:                                  _____

8                                          The Honorable Elizabeth D. Laporte
                                           United States Magistrate Judge
9

JOINT STATUS UPDATE AND STIP. ON DOC. PROD. SCHED.
3:18-CV-3472 EDL