DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

Andrea Issod (CA Bar No. 230920)
Elena Saxonhouse (CA Bar No. 235139)
Sierra Club Environmental Law Program
2101 Webster St., Ste. 1300
Oakland, CA 94612
andrea.issod@sierraclub.org
elena.saxonhouse@sierraclub.org
(415) 977-5544

Attorneys for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, | CASE NO. 3:18-cv-3472 JCS |
|     Plaintiff, | JOINT STATUS UPDATE AND STIPULATION WITH [PROPOSED] ORDER |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
|     Defendant. | |

    The parties to the above-captioned action jointly submit this status report, pursuant to the parties' stipulation of September 6, 2019, ECF No. 58, and the Court's Order of September 9, 2019, ECF No. 59.

Status Report

In accordance with the parties' stipulation and Court's Order, the Environmental Protection Agency ("EPA") continued to produce documents to Sierra Club on the agreed upon schedule. EPA's final production under the March 20, 2019, stipulated Order was made on October 30, 2019. *See* ECF No. 53.

On May 20, 2019, Sierra Club identified its remaining documents of interest from the four FOIA requests at issue. Sierra Club has identified four categories of documents of interest. After discussions between the parties regarding the size and nature of the collections of these documents, Sierra Club has agreed to limit the remaining scope of its request. Sierra Club has agreed to limit the remaining scope of its request to 1) approximately 100 Google Calendar invitations that were sent to or from the google.com domain; 2) emails to or from selected domains for the following custodians: Andrew Wheeler, Nancy Beck, Michael Abboud, and Bill Wehrum; 3) emails to or from selected state government email domains for the following custodians: Andrew Wheeler, Nancy Beck, Michael Abboud, and Bill Wehrum; and 4) emails to or from selected federal government email domains for the following custodians: Andrew Wheeler, Nancy Beck, Michael Abboud, and Bill Wehrum. With respect to the emails from categories 2, 3, and 4, Sierra Club has agreed to first review the produced emails without attachments and then identify any attachments of interest that it would like to be reviewed for production.

The parties have also agreed on a production schedule for the remaining documents of interest. EPA will make productions on November 22, 2019, December 20, 2019, and February 28, 2020, which will encompass category 1 above and the emails without attachments from categories 2, 3, and 4. By April 30, 2020, Sierra Club will identify the attachments it wishes to have EPA review for production. By May 31, 2020, EPA will review and produce the releasable attachments.[1] The parties continue to anticipate productive discussions about any issues that may arise during review and production.

Stipulation

The parties hereby stipulate that they will submit a further status report to the Court regarding

---

[1] If Sierra Club identifies more than 1,000 attachments of interest, EPA may need additional time to process the records.

JOINT STATUS UPDATE AND STIP.
3:18-CV-3472 JCS

issues that remain to be decided in this matter no later than July 31, 2020.

DATED: October 31, 2019                    Respectfully submitted,

DAVID L. ANDERSON                          */s/ Andrea Issod*[2]
United States Attorney                     ANDREA ISSOD (CA Bar No. 230920)
                                           ELENA SAXONHOUSE (CA Bar No. 235139)
*/s/ Adrienne Zack*                        Sierra Club Environmental Law Program
ADRIENNE ZACK                              2101 Webster St., Ste. 1300
Assistant United States Attorney           Oakland, CA 94612
Attorneys for Defendant                    andrea.issod@sierraclub.org
                                           elena.saxonhouse@sierraclub.org
                                           (415) 977-5544

                                           Attorneys for Plaintiff Sierra Club

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The parties are instructed to file a further status report by July 31, 2020.

DATED: _____              _____

                                           The Honorable Joseph C. Spero
                                           United States Magistrate Judge

---

[2] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STATUS UPDATE AND STIP.
3:18-CV-3472 JCS